IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **ADAM P. WEBSTER,**<br><br>Plaintiff,<br><br>v.<br><br>**GAVIN NEWSOM, in his official capacity as Governor of the State of California; and ROB BONTA, in his official capacity as Attorney General of the State of California,**<br><br>Defendants. | 2:26-cv-00432-DJC-SCR<br><br>**[~~PROPOSED~~] ORDER ON JOINT STIPULATION ON PRELIMINARY INJUNCTION BRIEFING SCHEDULE**<br><br>Dept:      27<br>Judge:    Hon. Sean C. Riordan<br>Trial Date:  Not set<br>Action Filed: February 13, 2026 |

1. The Court, having considered the parties' joint stipulation on preliminary injunction briefing schedule, and good cause appearing, orders as follows:

2. Defendants' deadline to file their opposition to Plaintiff's preliminary injunction motion is stayed until 30 days after the U.S. Supreme Court's ruling in *Wolford, et al. v. Lopez*, Case No. No. 24-1046 (*Wolford*).

3. Plaintiff's deadline to file his reply in support of his preliminary injunction motion is stayed until 14 days after Defendants' file their opposition to Plaintiff's preliminary injunction motion.

4. The hearing on Plaintiff's motion for a preliminary injunction is continued from June 4, 2026 until the first available hearing date that is at least 14 days after Plaintiff files his reply brief, which shall be set by separate order of the Court.

5. The deadline for Defendants to respond to Plaintiff's complaint is stayed until 30 days after the Court rules on Plaintiff's motion for a preliminary injunction.

**IT IS SO ORDERED.**

Dated: April 7, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

1